**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES,**
                        Petitioner,

**-vs-**                                          Case No.  6:08-mc-21-Orl-31DAB

**JOHN T. HINES,**
                        Respondent.
_____

## ORDER

This matter comes before the Court on the Motion to Vacate (Doc. 40) filed by the Respondent, John T. Hines ("Hines"). Hines seeks to have the Court vacate its order of September 15, 2008 (Doc. 35) (the "Order"), which denied a motion to dismiss (Doc. 32) filed by Hines and granted a motion to enforce summons (Doc. 34) filed by the Petitioner, the United States.

Hines's only argument with regard to the denial of his motion to dismiss is that he filed a reply to the government's response to his motion, and the Court could not have had time to consider his reply before ruling. (Doc. 40 at 1). However, as Hines has been informed, the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida do not permit a party to file a reply to another party's response without permission of the Court, which Hines did not seek.

As for the motion to enforce the summons (Doc. 34), Hines correctly notes that the Court ruled prior to the filing of his response in opposition (Doc. 38). However, having reviewed the entire record in this case and, in particular, Hines's filings subsequent to the entry of the Order, the Court finds no basis for vacating the Order. Hines's response in opposition to the motion to

enforce the summons is simply a rehashing – albeit with greater specificity – of the arguments he made in his motion to dismiss, which the Court considered and rejected in denying that motion. While the Court is cognizant of the fact Hines is proceeding *pro se* and may, as he avers, be in poor health, the fact that the government, on one occasion, excluded one of Hines's witnesses and refused to permit him to bring in a tape recorder is no basis for dismissal of the entire action. Pursuant to the Order (Doc. 35), Hines will be permitted to bring his own tape recorder and up to two witnesses. If the United States fails to comply with the Order, it too will be subject to sanctions.

This otherwise straightforward matter has already dragged on for seven months. Both parties will appear and comply with this Court's order of September 15, 2008 (Doc. 35) on Friday, September 26, 2008.

In consideration of the foregoing, it is hereby

**ORDERED** that the Motion to Vacate (Doc. 40) filed by the Respondent, John T. Hines, is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 23, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party